AO 455 (REV. 5/85) Waiver of indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARCUS GORDIEN

**WAIVER OF INDICTMENT**

CASE NUMBER 00-6124-CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

I, MARCUS GORDIEN, the above named defendant, who is accused of conspiracy to file false loan applications with a financial institution, and to commit bank fraud, mail fraud, and wire fraud, in violation of Title 18, United States Code, Sections 371, 1341, 1343 and 1344, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant.

_____
Counsel for Defendant

Before _Luciana S. Snow_
Judicial Officer