**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 00-6124CR-ZLOCH** |
| Plaintiff, | : | |
| v. | : | |
| **MARCUS "MARC" GORDIEN,** | : | |
| Defendant. | : | |



### NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

DAVID G. VINIKOOR, P.A., 420 S.E. 12th Street, Fort Lauderdale, Florida 33316, enters its appearance as counsel for the Defendant in this case, MARCUS "MARC" GORDIEN, and requests that all notices concerning this case be forwarded to counsel.

> DAVID G. VINIKOOR
> Attorney for Defendant
> 420 S.E. 12th Street
> Fort Lauderdale, FL 33316
> Telephone: (954) 522-2500
> Facsimile: (954) 522-7278
>
> By: _____
> DAVID G. VINIKOOR
> FL BAR #195719

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 23RD day of May, 2000, to: Assistant U.S. Attorney Jeff Kaplan, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

_____
DAVID G. VINIKOOR