

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA

vs

MARCUS GORDIEN

ARRAIGNMENT INFORMATION SHEET

　　　　The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:　　　　　　Address:__ON BOND FORM_____

　　　　　　　　　　　　　_____

　　　　　　　　　　　　Telephone:_____

DEFENSE COUNSEL:　　　Name:_____DAVID VINIKOOR, ESQ._____

　　　　　　　　　　　　Address:_____

　　　　　　　　　　　　_____

　　　　　　　　　　　　Telephone:_____

BOND SET:　　　　　　　$_____100,000 PERSONAL SURETY_____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this__23RD__day of __MAY_____,2000.

　　　　　　　　　　　　　　　　　CLARENCE MADDOX
　　　　　　　　　　　　　　　　　COURT ADMINISTRATOR/CLERK OF COURT

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　Tape No.____00-024_____

cc: Copy for Judge
　　U. S. Attorney

