## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MARCUS GORDIEN (surrender)    CASE NO: 00-6124-CR-ZLOCH

AUSA: JEFFREY KAPLAN  pres    ATTY: DAVID VINIKOOR  pres

AGENT: _____    VIOL: 18:371

PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND 250,000

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED _____

BOND SET @ 100,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: as directed
2) Rpt to PTS — x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to: CD/CA where deft resides
4) surrender passport w/in 48 hrs of arrival in CD/CA

advised of Charges — Cnsl present

Waiver of indictment executed in open Court

Reading of Indictment Waived
Not guilty plea entered
_____ remanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: N/A

Date: 5/23/00    Time 11:00    FTL/LSS TAPE #00- 024    Begin: 641    End: 849