UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55316 004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR C0-6124-CR-ZLOCH
                          ) REPORT COMMENCING CRIMINAL
    -vs-                  )           ACTION
                          )
MARC E. GORDIEN           )
            Defendant

****************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".  SELF SURR

(1) Date and Time of Arrest: 5-23-00    am/pm

(2) Language Spoken:  ENGLISH

(3) Offense(s) Charged: BANK FRAUD

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 4-29-55

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint   To be filed/Already filed
    Case# 00-6124-Cr-Zloch

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

    Amount of Bond: $ 100,000 P/S Bond
    Who set Bond:  Snow

(7) Remarks: _____

(8) Date: 5-23-00    (9) Arresting Officer: _____

(10) Agency: Self-Surr   (11) Phone: _____

(12) Comments: _____