UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  00-6124-CR-ZLOCH

UNITED STATES OF AMERICA,          :

      Plaintiff,                          :

v.                                  :

MARCUS "MARC" GORDIEN,             :

      Defendant.                          :

_____

## UNOPPOSED MOTION TO AUTHORIZE TRAVEL

The Defendant, MARCUS GORDIEN, by and through his undersigned counsel, files this Unopposed Motion to Authorize Travel, and in support thereof, states the following:

1.      This matter is currently scheduled for calendar call on July 14, 2000 with a trial calendar on July 17, 2000.

2.      It is anticipated that the Defendant, MARCUS GORDIEN, pursuant to negotiations with the Government will submit his change of plea on or before the scheduled trial calendar.

3      The Defendant, MARCUS GORDIEN, is presently released on one hundred thousand ($100,000) dollars personal surety bond with travel restricted to the Southern District of Florida as well as the Central District of California, where the Defendant resides.

4.      The Defendant's wife is required to be in the Central District of Florida for business purposes from on or about July 8 through on or about July 18, 2000. The Defendant's wife intends to bring their three minor children with her to Florida and



the Defendant desires to accompany his family during this combined business/vacation travel period.

     5.    Undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan, who advised that he has no objection to this motion to authorize travel.

     WHEREFORE, the Defendant, MARCUS GORDIEN, respectfully requests that this Honorable Court authorize travel to the Central District of Florida.

Respectfully submitted,

DAVID G. VINIKOOR

Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 13th day of June, 2000, to: Assistant U.S. Attorney Jeff Kaplan, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

_____
DAVID G. VINIKOOR

2