UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

MARCUS "MARC" GORDIEN,  :

    Defendant.  :



### ORDER ON UNOPPOSED MOTION TO AUTHORIZE TRAVEL

THIS CAUSE came before the Court upon Defendant MARCUS GORDIEN'S Unopposed Motion to Authorize Travel, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion to Authorize Travel filed in the instant case, is hereby GRANTED in that the Defendant is authorized to travel to the Central District of Florida on or about July 8 through on or about July 18, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of June, 2000.

                                                                  [signature]
                                                                  US. Magistrate Judge

cc:    David G. Vinikoor, Esq.
        Jeffrey Kaplan. AUSA