UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6124-CR-ZLOCH

FILED by _____ D.C.
JUL 1 1 2000

UNITED STATES OF AMERICA

v.

MARCUS GORDIEN

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301

COURTROOM A  
DATE & TIME:  
August 4, 2000 at 9:30 AM

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: July 11, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.