UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6124-CR-ZLOCH

FILED
JUL 25 2000

UNITED STATES OF AMERICA

v.

MARCUS GORDIEN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            August 9, 2000 at 1:30 PM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

NOTE CHANGE OF TIME FOR PLEA

CLARENCE MADDOX
CLERK OF COURT

*[signature]*
BY DEPUTY CLERK

DATE: July 25, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.