FILED by _____ D.C.
AUG 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6124-Cr-Zloch   DATE 8-9-00
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION ___   INTERPRETER ___

UNITED STATES OF AMERICA v. Marcus Gordien

U. S. ATTORNEY Jeffrey Kaplan   DEFT COUNSEL David Vinikoor

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Information

RESULT OF HEARING Deft entered a plea of guilty to Information

JUDGMENT Court accepted plea & adjudged deft guilty to the Information

CASE CONTINUED TO 10-27-00   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement

19