UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA,          :

       Plaintiff,                           :

v.                                        :

MARCUS "MARC" GORDIEN,          :

       Defendant.                          :

_____

## UNOPPOSED MOTION TO AUTHORIZE TRAVEL

The Defendant, MARCUS GORDIEN, by and through his undersigned counsel, files this Unopposed Motion to Authorize Travel, and in support thereof, states the following:

    1.    This matter is currently scheduled for sentencing on October 27, 2000.

    2.    The Defendant, MARCUS GORDIEN, is presently released on one hundred thousand ($100,000) dollars personal surety bond with travel restricted to the Southern District of Florida as well as the Central District of California, where the Defendant resides.

    3.    The Defendant's wife is required to be in New York for business purposes from October 4, 2000 through October 8, 2000. The Defendant's wife intends to bring their three minor children with her to New York and the Defendant desires to accompany his family during this combined business/vacation travel period.

    4.    Undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan, who advised that he has no objection to this motion to authorize travel.



WHEREFORE, the Defendant, MARCUS GORDIEN, respectfully requests that this Honorable Court authorize travel to New York during the period of October 4th through October 8, 2000.

Respectfully submitted,

DAVID G. VINIKOOR
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL  33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery to the Clerk of the Court and by U.S. Mail delivery this 13th day of September, 2000, to: Assistant U.S. Attorney Jeff Kaplan, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL  33394.

_____
DAVID G. VINIKOOR