UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           **O R D E R**

MARCUS "MARC" GORDIEN,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant, Marcus Gordien's Unopposed Motion To Authorize Travel, bearing the file stamp of the Clerk of this Court dated September 13, 2000. The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   The Defendant's Unopposed Motion To Authorize Travel be and the same is hereby **GRANTED**. The Defendant, Marcus Gordien, shall be permitted to travel to New York, from October 4, 2000 through October 8, 2000;

    2.   Prior to said departure, the Defendant shall provide United States Pretrial Services Officer, **Carol Sorotto**, with a written itinerary of his travel plans, which shall include the following information: specific dates and times of all travel; flight numbers where applicable; and the name, address and telephone number of the location(s) at which the Defendant shall be

staying while in New York;

3. The Defendant shall contact, by telephone, the Duty Officer at the United States Probation Office in New York, during each day of his visit in New York; and

4. Upon the Defendant's return to the Southern District of Florida, the Defendant shall immediately contact Pretrial Services Officer Sorotto and verify his return to the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of September, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Jeffrey Kaplan, Esq., AUSA

David G. Vinikoor, Esq.
For Defendant

Carol Sorotto, United States Pretrial Services Officer