**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6124-CR-ZLOCH**

**UNITED STATES OF AMERICA,**   :

      **Plaintiff,**   :

**v.**   :

**MARCUS "MARC" GORDIEN,**   :

      **Defendant.**   :

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, MARCUS GORDIEN ("Gordien"), by and through his undersigned counsel, files this Unopposed Motion to Continue Sentencing, and in support thereof, states the following:

1. Gordien entered a plea to a one count Information on August 9, 2000 and is scheduled to be sentenced on October 27, 2000.

2. Gordien has cooperated with the Government even before his arrest and it is anticipated that he will be an important government witness in the prosecution of his co-conspirator, Mark Roseman, who is scheduled for trial on December 11, 2000 before the Honorable Federico A. Moreno.

3. Assistant U.S. Attorney Jeffrey Kaplan advised undersigned counsel that the Government prefers that Gordien's sentencing be deferred until after his testimony in the above-related case.

4. Gordien has entered into an agreement with the Government which involves an anticipated 5K1 Motion by the Government. That motion is not likely to be filed until after Gordien has testified at the Roseman trial in December.

5. Undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan, who advised that he has no objection to this motion to continue sentencing.

WHEREFORE, the Defendant, MARCUS GORDIEN, respectfully requests that this Honorable Court continue the sentencing in this matter until after the December 11, 2000 trial of co-conspirator Mark Roseman.

Respectfully submitted,

DAVID G. VINIKOOR
*Attorney for Defendant*
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 3rd day of October, 2000, to: Assistant U.S. Attorney Jeffrey Kaplan, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

_____
DAVID G. VINIKOOR