UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

FILED by _____ D.C.
OCT 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

      V.

MARCUS "MARC" GORDIEN

    Defendant

O R D E R

THIS MATTER is before the Court upon the Unopposed Motion To Continue Sentencing (filed October 4, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Jeffrey Kaplan, Esq., AUSA
David G. Vinikoor, Esq.

