UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



FILED by _____ D.C.
OCT 27 2000

CASE NUMBER 00-6124-CR-Z/och   DATE 10-27-00
CLERK Carlos Novisky   REPORTER Carl Schanzlee
PROBATION Frank Smith   INTERPRETER _____

UNITED STATES OF AMERICA v. Marcus Gordien

U. S. ATTORNEY Bruce Brown   DEFT COUNSEL David Vinikoor
for Jeffrey Kaplan

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 24 months custody of BOP - 2 yrs supervised release - Spec Cands - Provide full financial disclosure - Not be engaged in

JUDGMENT certain businesses (see J&C) Obtain prior approval before any self-employment - $100 assessment. Execution of sentence deferred until noon

CASE CONTINUED TO _____ TIME _____ FOR _____
Jan 12, 2001 -
MISC Restitution to be set at hearing, 90 days from today
Ct Recommends Facility in California