UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6124-CR-ZLOCH

FILED by _____ D.C.
OCT 30 2000

**UNITED STATES OF AMERICA**

      V.                              NOTICE

**MARCUS GORDIEN**

**TYPE OF CASE**              CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                COURTROOM A
299 E. BROWARD BLVD.         DATE & TIME:
FT. LAUDERDALE, Fl, 33301    December 15, 2000, at 9:30 AM

**RESTITUTION HEARING**

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: October 30, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.
Probation

27