### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA,            :

    Plaintiff,            :

v.            :

MARCUS "MARC" GORDIEN,            :

    Defendant.            :

### UNOPPOSED MOTION TO AUTHORIZE TRAVEL

The Defendant, MARCUS GORDIEN, by and through his undersigned counsel, files this Unopposed Motion to Authorize Travel, and in support thereof, states the following:

1. The sentencing in this matter was held on October 27, 2000 and is currently set for a surrender on January 12, 2001.

2. The Defendant, MARCUS GORDIEN, is presently released on one hundred thousand ($100,000) dollars personal surety bond with travel restricted to the Southern District of Florida as well as the Central District of California, where the Defendant resides.

3. The Defendant and his family wish to travel to Oregon from November 22, 2000 through November 26, 2000 to spend the Thanksgiving holiday with the Defendant's 95 year-old grandmother, Inatha Koch, who resides at 16510 Bluff Road, Sandy, Oregon, Telephone (503) 668-4260.



4. Undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan, who advised that he has no objection to this motion to authorize travel.

WHEREFORE, the Defendant, MARCUS GORDIEN, respectfully requests that this Honorable Court authorize travel to Sandy, Oregon during the period of November 22 – November 26, 2000.

Respectfully submitted,

DAVID G. VINIKOOR
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery to the Clerk of the Court and by U.S. Mail delivery this 30th day of October, 2000, to: Assistant U.S. Attorney Jeff Kaplan, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

_____
DAVID G. VINIKOOR