UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

FILED by _____ D.C.

NOV 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

v.                            O R D E R

MARCUS "MARC" GORDIEN

    Defendant
_____

    THIS MATTER is before the Court upon Unopposed Motion To Authorize Travel (filed October 31, 2000). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    ORDERED AND ADJUDGED as follows:

    1. The Unopposed Motion To Authorize Travel be and the same is hereby GRANTED. The Defendant, MARCUS GORDIEN, shall be permitted to travel to Oregon during the period November 22, 2000 through and including November 26, 2000.

    2. Prior to such travel, the Defendant shall provide the United States Pretrial Officer with a written itinerary of his travel plans, which shall include the following information: specific dates and times of all travel; flight numbers where applicable; and the name, address and telephone number of the location(s) at which the Defendant shall be staying;

    3. Upon the Defendant's return to the Central District of California, the Defendant shall immediately contact his Pretrial

29

Officer and verify his return to the Central District of California.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of November, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:

Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.
Probation
Pretrial