**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6124-CR-ZLOCH**

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCUS "MARC" GORDIEN,

   Defendant.

_____

### UNOPPOSED MOTION TO DEFER SURRENDER

  The Defendant, MARCUS GORDIEN, through his undersigned counsel, files this Unopposed Motion to Defer Surrender, and in support thereof states the following:

  1. The Defendant has been ordered to surrender at the Satellite Federal Prison Camp, in Lompoc, California on January 12, 2001.

  2. The Defendant has been providing and continues to provide assistance to the Government regarding a number of related cases, including United States vs. Mark Roseman, et al., 00-6117-Cr-Moreno.

  3. The Defendant is scheduled to be a critical witness for the Government in that case, which was originally scheduled for trial in mid-December, 2000 and which has now been continued until early next year.

  4. Assistant U.S. Attorney, Jeffrey Kaplan, in part in order to avoid the procedural difficulties involved in transporting, coast to coast, an incarcerated witness, has asked undersigned counsel to request that the Defendant's surrender date be deferred from January 12th until mid-February, 2001.



WHEREFORE, the Defendant requests this Motion be granted and that his surrender date be deferred until mid-February, 2001.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _[signature]_
DAVID G. VINIKOOR
FL BAR #195719

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 29th day of November, 2000, to: Assistant U.S. Attorney Jeffrey Kaplan, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394.

_[signature]_
DAVID G. VINIKOOR