UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

FILED by _____ D.C.

DEC 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

       V.

                      O R D E R

MARCUS GORDIEN

    Defendant

_____

THIS MATTER is before the Court upon the Unopposed Motion To Defer Surrender (filed November 23, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Defendant shall surrender to the facility designated by noon February 23, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____5th_____ day of December, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Jeffrey Kaplan, Esq.,AUSA
David Vinikoor, Esq.
Probation
Marshal