JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6124-CR-ZLOCH

FILED by _____ D.C.

DEC 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA, :

    PLAINTIFF, :

v. :

MARCUS GORDIEN, :

    DEFENDANT. :

## STIPULATION REGARDING
## AMOUNT OF RESTITUTION

The United States of America and Marcus Gordien hereby stipulate and agree that the amount of the restitution due and owing by the defendant in the above-referenced case is $1,439,014.91, which is set forth in the attached list and due to the following entities:

| Entity | Amount |
|---|---|
| Fannie Mae<br>950 E. Paces Ferry Rd.<br>Suite 1900<br>Atlanta, GA 30326 | 267,145.09 |
| First Bankers Mortgage Services<br>1700 N.W. 64th St. Suite 100<br>Ft. Lauderdale, Fl 33309 | 188,434.11 |
| Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102 | 96,888.32 |
| PMI Mortgage Insurance Co.<br>601 Montgomery St.<br>San Francisco, CA 94111 | 52,077.97 |

| | |
|---|---|
| HUD<br>909 S.E. 1st Avenue<br>Miami, Fl 33131 | 150,203.66 |
| Radian Guaranty<br>400 Market St.<br>Philadelphia, PA  19106 | 111,106.01 |
| GE Capital Mortgage Ins. Co.<br>6601 Six Forks Road<br>Raleigh, N.C.  27615 | 111,963.64 |
| United Guaranty Residential Ins. Co.<br>230 N. Elm Street<br>PO Box 21367<br>Greensboro, N.C.  27420 | 93,049.35 |
| Mortgage Guaranty Ins. Corp.<br>MGIC Plaza<br>PO Box 488<br>Milwaukee, Wisc.  53201 | 171,282.36 |
| Republic Mortgage Ins. Co.<br>PO Box 2514<br>Winston-Salem, N.C.  27102 | 196,864.40 |
| | ~~$1,439,605.44~~<br>$1,439,014.91 *(handwritten)* |

The liability for restitution should be joint and several with the defendant's co-conspirator.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO. A005500030
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

By: *[signature]*

DAVID VINIKOOR, ESQUIRE
ATTORNEY FOR DEFENDANT

*[signature]*

MARCUS GORDIEN
DEFENDANT

3

Sorted by Lender

Complete List

*MG*

| Address | Sale Date | Lender | Final Buyer | Victim | Loss per Victim | Victim MI | MI Amount |
|---|---|---|---|---|---|---|---|
| 1700 NW 15th Avenue | 02/24/1995 | Barnett Bank | Burden, John W./Thomas, Derrick S. | Fannie Mae | $ 8,286.84 | PMI | $ 22,831.92 |
| 1540 N. Andrews Avenue | 04/04/1995 | First Banker Mortgage Service, Inc. | Berger, Wez | Fannie Mae | $ 3,424.83 | GE Capital | $ 29,887.16 |
| 3920 SW 59th Terrace | 04/25/1995 | First Banker Mortgage Service, Inc. | Roby, Terrence | Fannie Mae | $ 6,644.14 | CMAC | $ 24,395.15 |
| 1213 NW 18th Court | 06/08/1995 | Barnett Bank | Chavane, Francene | Fannie Mae | $ 19,334.32 | PMI | $ 29,246.05 |
| 1304 NW 1st Avenue | 07/13/1995 | Barnett Bank | Knight, Lenord V. | Fannie Mae | $  | United Guaranty | $ 11,445.55 |
| 4601 SW 31st Drive | 07/14/1995 | Barnett Bank | Ojeda, Jose L. | Fannie Mae | $ 47,708.96 | GE Capital | $ 25,712.06 |
| 2441-2445 Adams Street | 08/18/1995 | Mortgage Dynamics, Inc | Castaneda, Rafaeal | Fannie Mae | $ 24,300.70 | MGIC | $ 73,107.70 |
| 1161 Arizona Avenue | 10/20/1995 | Home Savings of America | Royer, Ginette | Fannie Mae | $  | GE Capital | $ 27,042.03 |
| 1217 NW 6th Avenue | 11/17/1995 | Mortgage Dynamics, Inc. | Jenkins, James L. | Fannie Mae | $ 16,317.47 | CMAC | $ 28,503.85 |
| 1408 NW 9th Avenue | 12/08/1995 | National Mortgage Lender - America's Wholesale Le | Tellot, Guy R. | Fannie Mae | $ 28,659.65 | RMIC | $ 29,429.17 |
| 1041 NW 7th Terrace | 12/21/1995 | CFI Mortgage Corp - Chase Manhattan Mort | Boynton, Shane C. | Fannie Mae | $ 23,650.68 | RMIC | $ 29,391.80 |
| 1205 NW 3rd Avenue | 01/31/1996 | National Mortgage Lender | Desinor, Chesnel | Fannie Mae | $ 18,900.11 | Unknown | $ 27,199.45 |
| 1624 NW 2nd Avenue | 02/09/1996 | Nationsbanc Mortgage | Pierre, Rosaline | Fannie Mae | $ 18,900.11 | United Guaranty | $ 27,789.98 |
| 1818 SW 30th Terrace | 03/07/1996 | Advantage Financial, Inc. | Delmas, Charitable | Fannie Mae | $ 10,614.21 | MGIC | $ 30,909.15 |
| 1091 Alabama Avenue | 03/13/1996 | National Mortgage Lender | Eugene, Lucien | Fannie Mae | $  | RMIC | $ 27,324.54 |
| 1133 NE 1st Avenue | 03/26/1996 | CFI Mortgage Corp. | Joseph, Elicine | Fannie Mae | $ 21,321.23 | RMIC | $ 31,312.28 |
| 1671-1673 SW 44th Avenue | 03/26/1996 | CFI Mortgage Corp. | Curry, Christina M. | Fannie Mae | $ 3,153.71 | RMIC | $ 30,802.56 |
| 109 SW 22nd Avenue | 03/26/1996 | CFI Mortgage Corp. | Magny, Henock | Fannie Mae | $ 4,320.85 | RMIC | $ 25,385.58 |
| 1148 NW 19th Court | 04/23/1996 | CFI Mortgage Corp | Crawford, Cassandra | Fannie Mae | $ 10,482.10 | MGIC | $ 25,157.37 |
| 2425 Dewey Street | 04/24/1996 | CFI Mortgage Corp. | Richards, Lloyd | Fannie Mae | $ 9,077.84 | CMAC | $ 30,999.15 |
| 6509 Wiley Street | 05/16/1996 | CFI Mortgage Corp. | Dean, Harry A. | Fannie Mae | $ 15,649.80 |  | $ 25,515.55 |
| 1623 S 24th Terrace | 08/23/1996 | First Banker Mortgage Service, Inc. | El-Khamichi, Houssain | First Bankers | $ 41,908.21 |  |  |
| 1712 SW 44th Terrace | 02/28/1995 | First Banker Mortgage Service, Inc. | Mims, Henry V. | First Bankers | $ 35,295.00 |  |  |
| 1721 Roosevelt Street | 03/03/1995 | First Banker Mortgage Service, Inc. | Weaver, Eddie F. | First Bankers | $ 36,711.00 |  |  |
| 1246 NE 3rd Avenue | 03/03/1995 | First Banker Mortgage Service, Inc. | Sance, Marie Sonnie | First Bankers | $ 24,591.71 |  |  |
| 1525 NE 5th Avenue | 03/03/1995 | First Banker Mortgage Service, Inc. | Baker, Wilbert/Whitus, Nicole A. | First Bankers | $ 29,201.39 |  |  |
| 424 SW 24th Avenue | 04/21/1995 | First Banker Mortgage Service, Inc. | Nauth, Narashe | First Bankers | $ 4,637.00 | MGIC | $ 23,598.73 |
| 500 NW 4th Avenue | 05/19/1995 | First Banker Mortgage Service, Inc. | Elgue, Ramon Jose and Erroa, Isabel | Freddie Mac | $  | United Guaranty | $ 21,558.59 |
| 1773 NE 50th Street | 06/23/1995 | Mortgage Dynamics, Inc | Walker, Jerome M. | Freddie Mac | $ 25,269.60 | RMIC | $ 25,385.64 |
| 1508 N 58th Avenue | 09/22/1995 | Mortgage Dynamics, Inc. | Miller, Lahton | Freddie Mac | $ 19,127.70 | MGIC | $ 29,136.06 |
| 5320 NE 9th Avenue | 10/27/1995 | Mortgage Dynamics, Inc. | Jackson, Kawanza (Jones, Kawanza) | Freddie Mac | $ 2,937.35 |  | $ 23,850.00 |
| 2420 SW 48th Avenue | 12/15/1995 | Mortgage Dynamics, Inc. | Orozco, Luis Gabriel | Freddie Mac | $ 16,511.47 |  |  |
| 531 Alabama Avenue | 12/20/1995 | Advantage Financial, Inc. | Weinart, Linda and Frank | Freddie Mac | $ 33,042.00 |  |  |
| 1341 NE 7th Avenue | 07/26/1996 | Preferred Funding Corp. II | Hill, Natashe | HUD | $ 42,829.00 |  |  |
| 11001/1102 NW 3rd Ave | 04/27/1995 | First Banker Mortgage Service, Inc. | Frederick, Tramelonie | HUD | $ 31,532.62 |  |  |
| 1045 NW 2th Way | 04/28/1995 | Barnett Bank | Laster, Maggie M. | HUD | $ 31,175.69 |  |  |
| 1650 NW 1st Way | 06/22/1995 | Barnett Bank | Berger, Wez | N/A | $ 44,666.35 |  | $ 8,042.92 |
| 39 Allen Road | 01/24/1996 | Barnett Bank | Yulen, Marcial | N/A |  |  | $ 25,971.48 |
| Total | 02/06/1996 | CFI Mortgage Corp | Jean, Marie |  |  |  |  |
|  |  |  | Williams, Shakia Yvette |  |  |  |  |
|  |  |  | Jefferson, Angela D |  |  | GE Capital | $ 764,133.71 |

Total: $ 702,671.18

Page 1

12/06/2000