UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

FILED by _____ D.C.

DEC 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

    V.                              RESTITUTION
                                  ORDER

MARCUS GORDIEN

    Defendant

_____

THIS MATTER is before the Court upon the Stipulation Regarding Amount of Restitution (filed December 15, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the defendant MARCUS GORDIEN shall pay joint and several restitution in the amount of $1,439,014.91 to the victims in this case. Restitution is payable immediately. The United States Bureau of Prisons, United States Probation Office and the United States Attorney's Office are responsible for the enforcement of this order. Restitution shall be made payable to the U.S. courts and forwarded to the Clerk of the Court, 301 North Miami Avenue, Miami, Florida 33128-7788, Attention: Financial Section, Room 150.

33

Restitution will be forwarded by the Clerk of the Court to the victims set forth in the Stipulation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __18th__ day of December, 2000.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.
Probation
Marshal
Financial