JNK:sr

FILED BY _____

2001 FEB 13 PM 3: 15

CLERK, U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6124-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| MARCUS GORDIEN, | : |
| DEFENDANT. | : |

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE UNDER RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for reduction in the sentence of the defendant under Rule 35(b) of the Federal Rules of Criminal Procedure and states as follows:

1. On May 12, 2000, the defendant was charged in a one-count information with conspiracy to commit bank fraud, loan application fraud, and to commit wire and mail fraud, all in violation of 18 U.S.C. §371. On August 9, 2000, the defendant pled guilty to the one count information. The PSI reflected a guideline range of 24-30 months. On October 27, 2000, the defendant was sentenced to 24 months imprisonment and two years supervised release. On December 18, 2000, the defendant was ordered to pay restitution totaling $1,439,014.91.

2. The defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed an offense. The defendant assisted the government in the prosecution of US v. Mark Roseman, 00-6117-Cr-Huck. The defendant was a

34

co-conspirator in a mortgage fraud scheme with Mark Roseman. The defendant agreed to testify against Roseman at trial. On January 24, 2001, Roseman pled guilty. The defendant's assistance will be further detailed at a hearing on this matter.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____

                JEFFREY N. KAPLAN
                Court No. A5500030
                500 E. Broward Blvd., 7th flr
                Ft. Lauderdale, Fl 33394
                (954) 356-7255
                (954) 356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this day of February, 2001, to David Vinikoor, Esq., 420 S.E. 12th Street, Fort Lauderdale, Fla. 33316.

                JEFFREY N. KAPLAN
                ASSISTANT U.S. ATTORNEY