UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA

v.                          NOTICE

MARCUS GORDIEN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                       COURTROOM A
299 E. BROWARD BLVD.        DATE & TIME:
FT. LAUDERDALE, Fl, 33301   February 20, 2001, at 10:30 AM

RULE 35 MOTION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: February 13, 2001

cc:
Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.
Probation

