UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
FEB 20 2001
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6124-CR-ZLOCH   DATE  1-20-01
CLERK  Carlene Newby            REPORTER  Carl Schanzlee
PROBATION  Frank Smith          INTERPRETER _____

UNITED STATES OF AMERICA  v.  Marcus Cordier

U. S. ATTORNEY  Jeffrey Kaplan   DEFT COUNSEL  David Vinikoor

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING  Rule 35 Motion (DE 34)

RESULT OF HEARING  Gov't's mtn granted - Sentence reduced to 1 year and 1 day, custody of BOP - 2 yrs. Sup Rel - all previous conditions previously

JUDGMENT  imposed are reimposed - Restitution - $1,438,014.81 Joint & Several

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC _____

37