UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

v.                          ORDER

MARCUS GORDIEN

    Defendant
_____

FILED by _____ D.C.
FEB 21 2001

THIS MATTER is before the Court upon Government's Motion Pursuant To Rule 35 (DE 34). Hearing was held on the motion on February 20, 2001. Upon consideration of the government's motion, proffers, argument of counsel, and being otherwise duly advised upon the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence previously imposed is hereby reduced to a term of ONE YEAR AND ONE DAY custody of the Bureau of Prisons, followed by 2 years Supervised Release. All previous conditions of supervised release are reimposed. Restitution in the amount of $1,439,014.91 joint and several previously imposed is hereby reimposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of February, 2001.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc:
Jeffrey Kaplan, Esq., AUSA
David Vinikoor, Esq.
Probation
Marshal