-cr-06124-WJZ Document 39 Entered on FLSD Docket 03/19/2001 P
AO 245 B (Rev. 9/96) Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: MARCUS "MARC" GORDIEN
CASE NUMBER: 00-6124-CR-ZLOCH

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

a facility in California.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____.
  [ ] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [x] before 2 p.m. on noon 1/12/01.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on 2-23-01 to U.S. Penitentiary

at Lompoc, CA with a certified copy of this judgment.

AL HERRERA, Warden
UNITED STATES MARSHAL

5/0                By Karen Healy, JJS
                        Deputy U.S. Marshal