| PROB 22 Rev.2/88 | DOCKET NUMBER(Tran.Ct) 00-6124-Cr-Zloch |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) CR 02-1303 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE Marcus Gordien 2135 Tulare Court Upland, CA 91784 | DISTRICT Southern District of Florida | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE William J. Zloch Southern District of Florida | DEC 13 2002 |

| SD/FL PACTS No. 64016 | DATES OF SUPERVISED RELEASE | FROM 1/6/02 | TO 1/5/04 |
|---|---|---|---|

OFFENSE   Conspiracy, 18:371

### PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Central District of California** upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_12/18/02_   _[signature]_
Date   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_12-13-02_   _[signature]_
Effective Date   United States District Judge