UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



January 2, 2003

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE:   *USA vs Marcus Gordien*                                    Case No. 00-6124-cr-Zloch

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
       Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

CR 02-1303 DT

by: ANN JOHNSON
       Deputy Clerk

Date: 1/9/03

---

□ 301 N. Miami Avenue      □ 299 E. Broward Boulevard      □ 701 Clematis Street      □ 301 Simonton Street      □ 300 S. Sixth Street
Room 150                               Room 108                                     Room 402                          Room 130                            Ft. Pierce, FL 34950
Miami, FL 33128                     Ft. Lauderdale, FL 33301           W. Palm Beach, FL 33401     Key West, FL 33040             561-595-9691
305-523-5100                         954-769-5400                              561-803-3400                       305-295-8100

42